UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **09-CV-22657-Graham-Torres**

ARIEL ORTEGA,

     Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.,

     Defendant.

_____/

```
FILED by   VT   D.C.
ELECTRONIC

Sept. 8, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

## COMPLAINT
## JURY DEMAND

    1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

    2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

    3.    Plaintiff, ARIEL ORTEGA, is a natural person, and citizen of the State of Florida, residing in Miami-Dade County, Florida.

4.    Defendant, UNITED COLLECTION BUREAU, INC., is a corporation and citizen of the State of Ohio with its principal place of business at Suite 206, 5620 Southwyck Boulevard, Toledo, Ohio 43614.

5.    Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.    Defendant regularly collects or attempts to collect debts for other parties.

7.    Defendant is a "debt collector" as defined in the FDCPA.

8.    Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.    Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.    Defendant left the following messages on Plaintiff's voice mail on his residential or cellular telephone service, as indicated, on or about the dates stated:

September 8, 2008 – Cellular Phone
Good morning Ariel. This is Sonya and I am calling from my office of UCB and this message is to inform you that reference number 50503779 is pending in my office. I have a file here _____ (inaudible) with your social, date of birth and information on it. I need for you to quickly return the call _____ (inaudible). I am available today until 5 PM Eastern Standard Time and my contact number is toll free 1-800-354-3217 and my extension is 6723. Once again reference number 50503779. The toll free number is 1-800-354-3217 and the extension is 6723.

2

September 10, 2008 – Home Phone – Pre-recorded message
Hello. This is a confidential message for Ariel Ortega. If this is not Ariel
Ortega, please hang up at this time. By remaining on the line you have
acknowledged that you are Ariel Ortega. The law requires I notify you that I
am calling from UCB and that this call is an attempt to collect a debt. Any
information obtained will be used for that purpose. Please call us back today
at 877-570-0411 and mention reference number 50503779. Once again the
number to call is 877-570-0411 and mention reference number 50503779.
Thank you. Goodbye.

September 11, 2008 – Cellular Phone
Hi Ariel. This is Sonya and I am calling from UCB and my message is to
inform you that reference number 50503779 is pending in my office. My toll
free number is 1-800-354-3217 and the extension is 6723.

September 11, 2008 – Home Phone
Hi Ariel. This is Sonya and I am calling from UCB and my message is to
inform you that reference number 50503779 is pending in my office. My toll
free number is 1-800-354-3217 and the extension is 6723.

September 16, 2008 – Home Phone
Ariel. This is Sonya and I am calling from the office of UCB and numerous
messages have been left for you. You have yet to respond. I am available
today until 9 PM Eastern Standard Time and this call is in regards to
reference number 50503779. If you've retained legal representation, have
your representative return the call in your favor. Failure to hear from you
today by 9 PM gives us permission to forward your file for further activity.
Do govern yourself accordingly. The toll free number is 1-800-354-3217 and
the extension is 6723.

September 25, 2008 – Cellular Phone
Good morning. This message is for Ariel Ortega. My name is Tony Wilson,
and I am calling from the offices of UCB regarding your reference number
50503779. This is very time sensitive and legal matter. The purpose of my
call is to assist you in resolving this at the earliest and to avoid possible legal
action being taken against you. Kindly return my call today at 888-880-
5213, extension 86814. My office remains open until 9 PM Eastern standard
time.

September 25, 2008 – Home Phone

3

Good morning. This message is for Ariel Ortega. My name is Tony Wilson. I am calling from the legal department of UCB regarding your reference number 50503779. This is a very time sensitive and legal matter, and I am trying to assist you. Please call me at 888-880-5213, extension 86814. Thank you and have a good day.

September 26, 2008 – Cellular Phone
This message is for Ariel. Hi Ariel, this is Ms. Curtis contacting you from the offices of UCB in regards to reference 50503779. Please contact the office regarding your reference at 1-800-354-3217, extension 6913.

September 26, 2008 – Home Phone
This message is for Ariel. Hi Ariel, this is Ms. Curtis contacting you from the offices of UCB in regards to reference 50503779. Please contact the office at 1-800-354-3217, extension 6913.

September 29, 2008 – Cellular Phone
Ariel Ortega. This is Ms. Butler with UCB. This is to inform you that the offices of United Bureau have begun the proceedings against you in reference to file number 50503779. The necessary paperwork will be filed, processed, and forwarded to the relevant department by 6:30 PM Eastern standard time this evening. It would serve your best interest to contact me prior to then. My phone number is 1-888-880-5213, extension 6956. Give me a call Ariel and we can discuss the options available to you. I wish you luck.

September 29, 2008 – Home Phone
Ariel Ortega, this is Ms. Butler with UCB Processing department. We have been retained in an effort to make contact with you regarding the pending case number 50503779. It would serve your best interest to contact me immediately. My phone number is 1-888-880-5213, extension 6956. This matter is time sensitive. Return this call by 6 PM this evening and we can discuss options that would ensure an amicable agreement between yourself and my client. Just bear in mind failure to comply leaves me no choice but to escalate this file to a priority status. Good luck Ariel.

October 1, 2008 – Cellular Phone
Hi Ariel, this is Sonya. I am doing an investigation of your Social Security. I need for you to return the call today. This may be a possible case of fraud. I need to hear back from you today before 9 PM Eastern standard time in

4

regards to reference number 50503779. This is a time sensitive issue that requires your prompt attention. My toll free number is 1-800-354-3217, and the extension is 6723. Govern yourself accordingly.

October 1, 2008 – Home Phone
This is a very important message for Ariel. This is Tonya calling from the office of UCB, and this message is to inform you Ariel that reference number 50503779, which has escalated to a priority status. Numerous messages have been left for you, you have yet to respond. This is not a sales or solicitation call, if you retained legal representation, have your representative call the office in your favor. I'm available today until 9 PM Eastern standard time. My toll free number is 1-800-354-3217, and the extension is 6723.

October 2, 2008 – Cellular Phone
Hi this message is for Ariel Ortega. This is Dan calling from the office of UCB. Give me a call at 888-880-5213, extension is 6951 in regards to reference number 50503779.

October 2, 2008 – Home Phone
This message is for Ariel Ortega. This is Dan calling from UCB in regards to reference number 50503779. I need for you to give me a contact immediately in regards to reference number 50503779, at 888-880-5213, extension 695.

October 10, 2008 – Home Phone
This message is for Ariel Ortega. You have a situation that is pending here in my office that requires your immediate attention. I need for you to give me a call immediately at 888-880-5213, extension is 6951, in regards to reference number 50503779.

October 15, 2008 – Home Phone
This message is for Ariel Ortega. Ms. Ortega, this is Natalie. I am calling you on behalf of my office, UCB, with a personal information. It is really important that you take the time and call me at 1-800-354-3217. My extension number is 86934. It is really important that you call me at your earliest convenience. I'm going to be in my office until 9 PM Eastern Time, and by tomorrow I am going to be in my office around 12:00-12:30. Please give me a call back with application number 50503779. Thank you.

<u>October 21, 2008 – Home Phone</u>
Hi, this message is for Ariel Ortega. Ms. Ortega, my name is Ms. Natalie. I am calling just to inform you I have personal information in my office that just arrived and that needs your attention. Please take the time and give me a call back at 1-800-354-3217, extension number 86934. Again, it's 1-800-354-3217, extension number 86934. Please, when you call me I would need the case number 50503779, and my extension number is 86934. Please ask for me and give my extension and I will talk to you for more details. Thank you.

<u>October 22, 2008 – Home Phone</u>
Hi Ariel, it's Candace. Give me a call at the office. I need to talk with you. The number is 800-354-3217. They have me at extension 86825. I'm gonna be here until 9 o'clock, and I really need to talk with you about something, so call me back, I'll be waiting. Bye.

<u>October 24, 2008 – Home Phone</u>
This message is for Ariel Ortega. Ms. Ortega, my name is Ms. Natalie. The reason why I'm calling is to inform you that I am in my office, United Bureau, and I just received some information for you. Please give me a call back at 1-800-354-3217, extension number 86934. It is really important that you call me with file number 50503779. Thank you.

<u>October 27, 2008 – Home Phone</u>
Hi, this message is for Ortega, Ariel. Ms. Ortega, my name is Ms. Natalie. I'm in my office. I have some personal information that needs your attention. Please take the time and give me a call back at 1-800-354-3217, extension number 86934. Thank you.

<u>October 30, 2008 – Home Phone</u>
Hi, this message is for Ariel Ortega. Ms. Ariel, give me a call back at 1-800-354-3217, extension number 86934. It is really important that you give me a call back as soon as possible. I'm gonna be in my office until 4 PM Eastern time, and as a matter of fact I do have good news for you. Please give me a call back at 1-800-354-3217, extension number 86934. Also, when you call me I'm gonna need the reference number 50503779. Thank you.

<u>October 31, 2008 – Home Phone</u>
Good morning. This message is for Mr. Ortega, Ariel. This message is to inform you that my name is Natalie, and I'm calling on behalf of my office

UCB, United Bureau. The purpose of my call is to inform you I have some personal information in my office for you. Please take the time and give me a call back at 1-800-354-3217, extension number 86934. It is really important that you give me a call back as soon as possible with reference number 50503779. Thank you.

November 3, 2008 – Home Phone
Hello. This message is for Ariel Ortega. My name is Erwin Piano calling from the offices of the United Credit Bureau. I do need a call back as soon as possible. It is pertaining to a personal business matter in my office. The number is 1-800-354-3217. Please give me a call.

November 7, 2008 – Home Phone
Hello. This message is for Ariel Ortega. My name is Erwin Piano calling from the offices of UCB. Several attempts have been made already to get in contact with Ariel. If you could return the call at 1-800-394-7560 it would be much appreciated and in fact there is not too much time on this actual account. Please give me a call as soon as possible.

November 11, 2008 – Home Phone
Hi, Ariel. This is Brandon calling from UCB. I have an important matter in my office which requires your immediate attention regarding reference number 50503779. If you could please return my call at 800-394-7560 at extension 86725. Once again my number is 800-394-7560 on extension 86725. Thank you.

November 14, 2008 – Home Phone
Hi, Ariel. This is Brandon calling from UCB. I have an important matter in my office that requires your immediate attention. Please give me a call back at 800-394-7560 on extension 86725 regarding reference number 50503779. Once again, my number is 800-394-7560 on extension 86725. Thank you.

November 15, 2008 – Home Phone
Hi, Ariel. This is Brandon calling from UCB. I have an important matter in my office that requires your immediate attention regarding reference number 50503779. Please return my call at 800-394-7560 on extension 86725. It is very important that you call me back as soon as possible so we can stop this situation before it escalates to the final step in the process. So please return my call at 800-394-7560 on extension 86725. Thank you.

November 22, 2008 – Home Phone – Pre-recorded message
Again, my number is 888-880-5213. When returning this call, please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

November 23, 2008 – Home Phone – Pre-recorded message
Again, my number is 888-880-5213. When returning this call, please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

November 24, 2008 – Home Phone
Hello Ariel. This is Ms. Edwards calling from the financial institute of UCB. You have a case in my office that has to be closed by 4 PM. Case number 50503779. My number is 800-394-7560, extension 6939. You need to call me back ASAP.

November 25, 2008 – Home Phone – Pre-recorded message
Again, my number is 888-880-5213. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

November 29, 2008 – Home Phone – Pre-recorded message
Again, my number is 888-880-5213. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

November 30, 2008 – Home Phone – Pre-recorded message
Again, my number is 888-880-5213. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

December 1, 2008 – Home Phone – Pre-recorded message
Again, my number is 888-880-5213. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

December 2, 2008 – Home Phone
This message is for Ariel Ortega. This is Martine calling from UCB concerning a very important matter that was forwarded to my office. Please give me a call back as soon as possible concerning this issue. We have tried

to reach you many times and we have not received a call back. At this point in time you have reached emergency status within the office and we do need to get this matter resolved. The number to call is 1-800-394-7560, extension number 86888, and your reference number when you call will be 50503779. If you do not wish to speak to me or give me a call, please advise your attorney to go ahead and do so. We do need to get this resolved as soon as possible. Like I stated, I'll be in my office until 9 PM this evening. The number again is 1-800-394-7560, extension number 86889, and your reference number when you call will be 50503779. Thank you.

December 3, 2008 – Home Phone – Pre-recorded message
Again, my number is 800-394-7560. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

December 6, 2008 – Home Phone – Pre-recorded message
Again, my number is 800-394-7560. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

December 7, 2008 – Home Phone – Pre-recorded message
Again, my number is 800-394-7560. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

December 8, 2008 – Home Phone – Pre-recorded message
Again, my number is 800-394-7560. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

December 9, 2008 – Home Phone – Pre-recorded message
Again, my number is 800-394-7560. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

December 11, 2008 – Home Phone – Pre-recorded message
Again, my number is 800-394-7560. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

<u>December 13, 2008 – Home Phone – Pre-recorded message</u>
This is a very important message for Ariel. Please give me a call. My name is Mrs. Simmons. I would like to speak with you about a very important business matter that needs to be addressed. 1-800-394-7560, my extension 86892. Mrs. Simmons with the Division of UCB, 1-800-394-7560. Please contact my office immediately, Mrs. Simmons with the Division of UCB. Thank you and have a wonderful day.

<u>December 16, 2008 – Home Phone – Pre-recorded message</u>
Again, my number is 800-394-7560. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

<u>December 18, 2008 – Home Phone – Pre-recorded message</u>
60. Again, my number is 800-394-7560. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

<u>December 20, 2008 – Home Phone – Pre-recorded message</u>
60. Again, my number is 800-394-7560. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

<u>December 22, 2008 – Home Phone – Pre-recorded message</u>
60. Again, my number is 800-394-7560. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

<u>December 23, 2008 – Home Phone – Pre-recorded message</u>
60. Again, my number is 800-394-7560. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

<u>December 26, 2008 – Home Phone – Pre-recorded message</u>
60. Again, my number is 800-394-7560. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

<u>December 29, 2008 – Home Phone – Pre-recorded message</u>

Again, my number is 800-394-7560. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

January 7, 2009 – Home Phone – Pre-recorded message
Again, my number is 800-394-7560. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

January 8, 2009 – Home Phone – Pre-recorded message
Again, my number is 800-394-7560. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

January 9, 2009 – Home Phone – Pre-recorded message
Again, my number is 800-394-7560. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

January 12, 2009 – Home Phone – Pre-recorded message
Again, my number is 800-394-7560. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

January 13, 2009 – Home Phone – Pre-recorded message
Again, my number is 800-394-7560. When returning this call please refer to reference number 50503779. Again, the reference number is 50503779. Thank you. Good-bye.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.    Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector, failed to inform the Plaintiff of its name and failed to disclose the purpose of Defendant's messages.

14.    Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place numerous telephone calls to Plaintiff's cellular telephone.

15.    Plaintiff did not expressly consent to Defendant's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

16.    None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

17.    Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

18.    Plaintiff incorporates Paragraphs 1 through 17.

19.    Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.    Damages;

      b.    Attorney's fees, litigation expenses and costs of suit; and

      c.    Such other or further relief as the Court deems proper.

**COUNT II**
**FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY**

20.    Plaintiff incorporates Paragraphs 1 through 17.

21.    Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and or that it is a debt collector and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.    Damages;

      b.    Attorney's fees, litigation expenses and costs of suit; and

      c.    Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

22.     Plaintiff incorporates Paragraphs 1 through 17.

23.     Defendant caused Plaintiff's telephone to ring repeatedly or

continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C

§1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D.

Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

a.     Damages;

b.     Attorney's fees, litigation expenses and costs of suit; and

c.     Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED
## CALLS TO A CELLULAR TELEPHONE

24.     Plaintiff incorporates Paragraphs 1 through 17.

25.     Defendant engaged in conduct the natural consequence of which is to

harass, oppress, or abuse by using an automatic telephone dialing system or pre-

recorded or artificial voice in placing telephone calls to Plaintiff's cellular

telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

14

a.      Damages;

b.      Attorney's fees, litigation expenses and costs of suit; and

c.      Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER
## COLLECTION PRACTICES ACT

26.     Plaintiff incorporates Paragraphs 1 through 17.

27.     By failing to disclose its name, that it is a debt collector and the
purpose of its communication, by using an automatic telephone dialing system or
pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular
telephone to which Plaintiff had not consented, and by telephoning Plaintiff with
such frequency as can be reasonably be expected to harass, Defendant willfully
engaged in conduct the natural consequence of which is to harass in violation of
Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of
Plaintiff and against Defendant for:

a.      Damages;

b.      Attorney's fees, litigation expenses and costs of suit; and

c.      Such other or further relief as the Court deems proper.

## COUNT VI
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

28.     Plaintiff incorporates Paragraphs 1 through 17.

29.     Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.     Damages; and

b.     Such other or further relief as the Court deems proper.

## COUNT VII
## DECLARATORY AND INJUNCTIVE RELIEF

30.     Plaintiff incorporates Paragraphs 1 through 17.

31.     Pursuant to 28 U.S.C §§2201 and 2202, Plaintiff seeks a declaration that Defendant's practices are in violation of the TCPA and the FCCPA.

32.     The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

33.     Plaintiff seeks a permanent injunction prohibiting Defendant from continuing violation of the FCCPA.

34.     Pursuant to 47 U.S.C § 227 (c)(5)(A), Plaintiff seeks a permanent injunction prohibiting Defendant from continuing violation of the TCPA.

WHEREFORE, Plaintiff requests that the Court enter judgment:

a.     declaring that Defendant's practices violate the TCPA and the

FCCPA;

b.     permanently injoining Defendant from engaging in the violative

practices; and

c.     Such other or further relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands trial by jury.

Dated this _____ day of September, 2009.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
> By:_____
>    Donald A. Yarbrough, Esq.
>    Florida Bar No. 0158658

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I(a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Ariel Ortega | United Collection Bureau, Inc. |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES) MIAMI-DADE

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

DONALD A. YARBROUGH, ESQ.  POST OFFICE BOX 11842

FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)

1:0 9 CV 22657 - Graham
Torres

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

| | |
|---|---|
| ☐ 1. U.S. Government Plaintiff | ☒ 3. Federal Question (U.S. Government Not a Party) |
| ☐ 2. U.S. Government Defendant | ☐ 4. Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | 1 | ☐ 1 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| Citizen or Subject of a Foreign Country | ☐ | ☐ | Foreign Nation | ☐ | ☐ |
| | 3 | 3 | | 3 | 3 |

## IV. CAUSE OF ACTION

(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.  DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.** **1-2** days estimated (for both sides) to try entire case   15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

## NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane     ☐ 362 Pers. Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability     ☐ 365 Personal Injury-Prod. Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander     ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | ☐ 450 Commerce ICC Rates etc B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans-excl Veterans B | ☐ 340 Marine     ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 345 Marine Product Liability     ☐ 371 Truth in Lending B | ☐ 690 Other | **B SOCIAL SECURITY** | ☐ 850 Securities     Commodities/Exchange |
| ☐ 160 Stockholder's Suits | ☐ 350 Motor Vehicle     ☐ 380 Other Personal Property Damage | | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability     ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting     ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment     ☐ 530 General | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations     ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare     ☐ 540 Mandamus & Other* | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights     ☐ 550 Civil Rights *A or B | | | ☒ 890 Other Statutory Actions* *A or B |
| ☐ 290 All Other Real Property | | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

| | |
|---|---|
| ☒ 1. Original Proceeding | ☐ 2 Removed from State Court     ☐ 3 Remanded from Appellate Court     ☐ 4 Refiled     ☐ 5 Transferred from another district (specify)     ☐ 6 Multidistrict Litigation     ☐ 7 Appeal to District Judge from Magistrate Judgment |

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A ☐ UNDER F.R.C.P. 23 CLASS ACTION No | DEMAND $ N/A | Check YES only if demanded in complaint JURY DEMAND: ☒ YES  ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY** (See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE: September 6, 2009   SIGNATURE OF ATTORNEY OF RECORD

547370   360

UNITED STATES DISTRICT COURT

FOR OFFICE USE ONLY: Receipt No. _____   Amount _____
Date Paid: _____   M ifp: _____

JS 1-2
REV 9/94